### (January 17, 1949.)

Nellie E. Bullis, as Administratrix of the Estate of Ethel B. Bullis, Deceased, Appellant, v. Robert I. Bruce, Respondent.— Decision of the court handed down in this matter on December 29, 1948 (*ante,* p. 532), is amended to read as follows: Order reversed, on the law, with $10 costs and disbursements

on appeal, and judgment reversed on the law, with costs to abide the event. Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ., concur.